UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSEMARIE LEE,

    Plaintiff,

v.

                                 Case No. 1:22-cv-1174

AMERICA DIRECT, LLC, et al.,               HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## **DEFAULT JUDGMENT**

In accordance with the order issued on today's date, and Fed. R. Civ. P. 55(b)(2),

**IT IS HEREBY ORDERED** that Default Judgment enters against Defendants D & D Marketing Group, Inc., Derek Leroy Beard, and David U. Beard in in the amount of $3,500.00.

Dated:  February 7, 2023                           /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             United States District Judge